UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20906-CR-MOORE/D'ANGELO

UNITED STATES OF AMERICA,

vs.

TAQUAN JAVAR COX,

      Defendant.
_____/

**REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATIONS**

**THIS CAUSE** is before the Court following the referral of this action to the undersigned Magistrate Judge to take all necessary and proper action as required by law with respect to any and all violations of Supervised Release as to Defendant Taquan Javar Cox ("Defendant") (DE 88).

A Petition for Warrant or Summons for Offender Under Supervision ("Petition"), detailing six alleged violations of Defendant's Supervised Release, was submitted to the Court on November 4, 2024, and an arrest warrant subsequently issued (DE 73, 74). Defendant was arrested and made his initial appearance on November 6, 2024, at which time he was released on a bond (DE 77). On November 27, 2024, a Superseding Petition for Offender Under Supervision ("Superseding Petition") was submitted to the Court, alleging six new violations in addition to the six violations contained in the original Petition (DE 85). The Court held a detention and probable cause hearing on December 2, 2024 and found there was clear and convincing evidence that Defendant violated the terms of his Supervised Release (DE 87, 91). The Court further found that Defendant was unlikely to abide by any condition or combination of conditions of release and revoked Defendant's bond (DE 91). On December 23, 2024, Defendant filed a Notice of Admission (DE 92). In the Notice, Defendant stated that he admits to all twelve violations contained in the Superseding Petition and waives his right to an evidentiary hearing (*id.*).

Based on the foregoing, the undersigned respectfully recommends that the Court set the matter for a final revocation hearing and sentencing and accept Defendant's admission of guilt to violations one through twelve, as set forth in the Superseding Petition.

The Parties will have **fourteen (14) business days** from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge.  Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this Report and Recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers in Miami, Florida on this 2nd day of January, 2025.

*Ellen D'Angelo*
_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:   All Counsel of Record